IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THEODORE F. JASKO, | |
| Plaintiff | |
| v. | Civil Action No. 2:13-cv-00007-GLL |
| ASKO, Inc., and UNITED STEELWORKERS PENSION PLAN, | |
| Defendants | |

ORDER

AND NOW, this  31st  day of   January   , 2013, upon consideration of the foregoing Stipulation of Dismissal, IT IS HEREBY ORDERED that this action is dismissed with prejudice as to Defendant ASKO, Inc. and without prejudice as to Defendant United Steelworkers Pension Plan (whose proper name is ASKO Inc. USW Pension Plan).  Each party is to bear its own attorneys' fees and costs.

s/Gary L. Lancaster
United States District Judge